# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>DERAL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01259-LJO-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(Doc. 17) |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. On April 21, 2011, Plaintiff filed an objection to the Court's order denying his motion for the appointment of counsel.

Although Plaintiff does not specifically seek reconsideration, to the extent his objections are so construed, his motion is HEREBY DENIED. Plaintiff's disagreement with the ruling is not grounds for reconsideration. Fed. R. Civ. P. 60(b)(6); Local Rule 230(j); <u>Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.</u>, 571 F.3d 873, 880 (9th Cir. 2009); <u>Harvest v. Castro</u>, 531 F.3d 737, 749 (9th Cir. 2008).

IT IS SO ORDERED.

**Dated:   April 26, 2011**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1