# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | CASE NO. 1:10-cv-01259-LJO-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, WITH PREJUDICE |
| v. | |
| DERAL G. ADAMS, et al., | (Doc. 29) |
| Defendants. | |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. This action is proceeding on Plaintiff's amended complaint, filed on January 27, 2011, against Defendant Sanders for use of excessive force, in violation of the Eighth Amendment. Plaintiff's claim arises from an incident at California State Prison-Corcoran in 2009.

On October 4, 2011, Plaintiff filed an objection to the Court's order denying his motion for leave to amend to add unrelated claims against unrelated parties. (Doc. 25.) To the extent that Plaintiff's objection is construed as a motion for reconsideration, the motion is denied. Plaintiff's disagreement with the ruling is not grounds for reconsideration. Fed. R. Civ. P. 60(b)(6); Local Rule 230(j); Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009); Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008). Plaintiff was properly informed by the Magistrate Judge that he may not add unrelated claims against unrelated parties. Fed. R. Civ. P. 18(a), 20(a)(2); Owens v. Hinsley, 635 F.3d 950, 952 (7th Cir. 2011); George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007)

To the extent that Plaintiff wishes to litigate his current conditions of confinement at Pelican Bay State Prison or to challenge his arrest and conviction in Los Angeles County, venue is proper in the Northern District of California and the Central District of California, respectively.

Accordingly, Plaintiff's motion for reconsideration, filed on October 4, 2011, is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:    October 6, 2011**                     /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE