1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

MELVIN JOSEPH SIMMONS,                    CASE NO. 1:10-cv-01259-LJO-SKO PC

9                         Plaintiff,        ORDER STRIKING DISCOVERY REQUEST

10    v.                                      (Doc. 39)

11    DERAL G. ADAMS, et al.,

12                        Defendants.
                                        /
13

14         Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis,

15    filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010.  On March 5, 2012,

16    Plaintiff filed a request for the production of documents.

17         Pursuant to the First Informational Order, "[d]iscovery propounded on a party is self-

18    executing, and must be served directly on the party from whom discovery is sought; parties should

19    not file copies of their discovery with the court.  Local Rules 250.2, 250.3, 250.4.  Discovery

20    documents inappropriately submitted to the court will be stricken."  (Doc. 2.)

21         Accordingly, Plaintiff's request for the production of documents is HEREBY STRICKEN

22    from the record.

23

24    IT IS SO ORDERED.

25    **Dated:    March 11, 2012**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28

1