# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>        Plaintiff,<br><br>   v.<br><br>DERAL G. ADAMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01259-LJO-SKO PC<br><br>ORDER STRIKING DISCOVERY REQUEST<br><br>(Doc. 39) |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. On March 5, 2012, Plaintiff filed a request for the production of documents.

Pursuant to the First Informational Order, "[d]iscovery propounded on a party is self-executing, and must be served directly on the party from whom discovery is sought; parties should not file copies of their discovery with the court. Local Rules 250.2, 250.3, 250.4. <u>Discovery documents inappropriately submitted to the court will be stricken</u>." (Doc. 2.)

Accordingly, Plaintiff's request for the production of documents is HEREBY STRICKEN from the record.


IT IS SO ORDERED.

**Dated:   March 11, 2012**          /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE