1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MELVIN JOSEPH SIMMONS,               CASE NO. 1:10-cv-01259-LJO-SKO PC

10                      Plaintiff,        ORDER DENYING MOTION

11         v.                             (Doc. 45)

12   DERAL G. ADAMS, et al.,

13                      Defendants.
     _____/

14

15         Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis,

16   filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010.  This action is proceeding

17   on Plaintiff's amended complaint, filed on January 27, 2011, against Defendant Sanders for use of

18   excessive force, in violation of the Eighth Amendment of the United States Constitution.

19         On September 6, 2012, Plaintiff filed a motion entitled "Plaintiff's Motion Requesting

20   Judicial Action of Intervention by the Attorney General."  The motion seeks no identifiable form of

21   relief to which Plaintiff is entitled under federal law.  In part, Plaintiff cites to and quotes from

22   Federal Rule of Civil Procedure 24, which pertains to intervention.  "[I]ntervention is the requisite

23   method for a non-party to become a party to a lawsuit," U.S. ex rel. Eisenstein v. City of New York,

24   New York, 556 U.S. 928, 932-33, 129 S.Ct. 2230, 2234 (2009), and Plaintiff, as a party to this suit,

25   may not seek an order requiring a non-party to intervene, Fed. R. Civ. P. 24(a), (b)(1).

26   ///

27   ///

28   ///

It is unclear what relief Plaintiff is attempting to obtain via his motion, and the motion is therefore DENIED.

IT IS SO ORDERED.

**Dated:**   **September 26, 2012**                                   /s/ **Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE