# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | CASE NO. 1:10-cv-01259-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING PRETRIAL STATEMENT |
| v. | (Doc. 50) |
| DERAL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. On October 5, 2012, Plaintiff filed a pretrial statement.

This matter is not yet set for jury trial. If Defendant Sander's pending motion for summary judgment is denied in whole or in part and this matter is set for trial, the Court will issue an order setting this matter for trial and instructing Plaintiff as to the deadlines for necessary filings. At this juncture, Plaintiff's pretrial statement is premature and it is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   October 10, 2012          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE

1