# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | CASE NO. 1:10-cv-01259-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 51) |
| DERAL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. This action is proceeding on Plaintiff's amended complaint, filed on January 27, 2011, against Defendant Sanders for use of excessive force, in violation of the Eighth Amendment of the United States Constitution.

On October 5, 2012, Plaintiff filed a "Motion Requesting Exercise of Federal Court Powers Under Pendent Jurisdiction." It is entirely unclear what relief Plaintiff is attempting to obtain via his motion and the motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   October 10, 2012**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE