1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7   MELVIN JOSEPH SIMMONS,                    CASE NO. 1:10-cv-01259-LJO-SKO PC

8              Plaintiff,                     ORDER STRIKING FILINGS

9        v.                                   (Docs. 56 and 57)

10  DERAL G. ADAMS, et al.,

11             Defendants.

_____/

12

13      Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis,

14  filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010.  On October 15, 2012,

15  Plaintiff filed a motion relating to the exercise of federal jurisdiction and a pretrial statement, filings

16  which are duplicative of those filed by Plaintiff on October 5, 2012, and which were addressed by

17  the Court in orders filed on October 10, 2012.

18      For the reasons set forth in the orders filed on October 10, 2012, Plaintiff's filings are

19  HEREBY ORDERED STRICKEN from the record.

20

21  IT IS SO ORDERED.

22  **Dated:    October 17, 2012**                  _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1