# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>DERAL G. ADAMS, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:10-cv-01259-LJO-SKO PC<br><br>ORDER DENYING DISCOVERY MOTION AS UNTIMELY<br><br>(Doc. 85) |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. This matter is set for jury trial on January 22, 2014. Pending before the Court is Plaintiff's motion for the issuance of a subpoena duces tecum commanding the production of documents, filed on September 27, 2013. Fed. R. Civ. P. 45. Defendant Sanders did not file a response.

The deadline for the completion of all discovery was July 23, 2012. (Doc. 36.) Plaintiff's motion is untimely and it is unsupported by good cause to modify the scheduling order to allow further discovery. Fed. R. Civ. P. 16(b)(4); *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). Accordingly, the motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **November 13, 2013**            **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE