# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | Case No. 1:10-cv-01259-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF TRANSPORTATION WRIT AS UNNECESSARY |
| v. | |
| DERAL G. ADAMS, et al., | (Doc. 89) |
| Defendants. | |

Plaintiff Melvin Joseph Simmons, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 14, 2010. This matter is currently set for jury trial on January 22, 2014. On October 7, 2013, Plaintiff filed a motion seeking the issuance of a writ of habeas corpus ad testificandum directing the Warden of Pelican Bay State Prison to transport him for trial. Defendant Sanders filed a statement of non-opposition on October 16, 2013.

It is unnecessary for Plaintiff to seek the issuance of a writ. If this matter is confirmed for trial during the hearing set for December 13, 2013, at which Plaintiff will appear by telephone, the Court will issue a writ directing his transportation following the hearing. It is not necessary for

///
///
///
///

Plaintiff to file a motion seeking to attend trial in person and his motion is HEREBY DENIED on that basis.

IT IS SO ORDERED.

Dated: __November 13, 2013__          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE