# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>DERAL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01259-LJO-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE CASE TITLE |

This matter is set for jury trial on January 22, 2014, on Plaintiff's remaining claim against Defendant T. Sanders for use of excessive physical force, in violation of the Eighth Amendment of the United States Constitution. 42 U.S.C. § 1983.

The Clerk's Office is HEREBY ORDERED to change the title of this case from *Simmons v. Adams, et al.* to *Simmons v. Sanders*.

IT IS SO ORDERED.

Dated:  **December 10, 2013**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE