UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELVIN JOSEPH SIMMONS, | Case No. 1:10-cv-01259-LJO-SKO (PC) |
|---|---|
| Plaintiff, | **ORDER PERMITTING EQUIPMENT AT TRIAL** |
| v. | (Doc. 116) |
| T. SANDERS, | Trial Date: January 22, 2014<br>Time: 8:30 a.m.<br>Courtroom: 4 (LJO) |
| Defendant. | District Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY ORDERED that Defendant T. Sanders, by and through his attorney of record, Susan E. Coleman of BURKE, WILLIAMS & SORENSEN, LLP, is authorized to bring into the courtroom a laptop and projector, to be set up in the above courtroom on January 22, 2014 between 8:00 a.m. and 9:00 a.m., and to maintain the equipment in the courtroom during the course of trial from day to day until completed.

IT IS SO ORDERED.

Dated:  **January 10, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE