# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. SANDERS,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:10-cv-01259-LJO-SKO PC<br><br>NOTICE AND ORDER THAT PLAINTIFF MELVIN JOSEPH SIMMONS, CDCR #D-66671, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 98) |

Jury trial commenced in this action on January 22, 2014, and the case was subsequently dismissed.

Accordingly, **Melvin Joseph Simmons, CDCR #D-66671**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

DATED: January 22, 2014

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE