UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>            Plaintiff,<br><br>v.<br><br>SANDERS,<br><br>            Defendants. | Case No. 1:10-cv-01259-LJO-SKO (PC)<br><br>**JUDGMENT FOR DEFENDANT ON MOTION FOR DISMISSAL**<br><br>Trial Date:     January 22, 2014<br>Time:            8:30 a.m.<br>Courtroom:   4 (LJO)<br>District<br>Judge:          Hon. Lawrence J. O'Neill |

On January 22, 2014, a jury trial commenced before the Honorable Lawrence J. O'Neill, United States District Court Judge, presiding. A jury panel was sworn, and three witnesses were sworn and testified, after which plaintiff made an oral motion to dismiss the case, which was granted.

///

///

///

///

///

///

1    Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that
2  plaintiff, MELVIN JOSEPH SIMMONS, take nothing on his complaint against
3  defendant, T. SANDERS.
4  IT IS SO ORDERED.

5    Dated:   **February 4, 2014**          /s/ Lawrence J. O'Neill
6                                            UNITED STATES DISTRICT JUDGE

1  Respectfully submitted,

2  Susan E. Coleman, (SBN 171832)
   E-mail: scoleman@bwslaw.com
3  Mitchell A. Wrosch, (SBN 262230)
   E-mail: mwrosch@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700
6
   Attorneys for Defendant
7  T. SANDERS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28