# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | Case No. 1:10-cv-01259-LJO-SKO (PC) |
| Plaintiff, | Appeal No. 14-15673 |
| v. | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF TRANSCRIPT DESIGNATION FORM |
| T. SANDERS, | |
| Defendant. | (Doc. 139) |

Pursuant to Plaintiff's request filed on May 8, 2014, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a transcript designation form.[1]

IT IS SO ORDERED.

Dated: **May 12, 2014**          **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has not sought nor has Judge O'Neill granted transcripts at government expense.